Order entered November 15, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-00947-CR

LAWRENCE REYNOLDS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F07-38808-M

## ORDER

The Court **REINSTATES** this appeal.

On February 3, 2012, this Court ordered the trial court to make findings regarding why appellant's brief has not been filed. The findings were due within thirty days of the date of the order. To date, we have not received the findings, appellant's brief, or a response to either of two letters inquiring about the status of the findings. The appeal cannot proceed until the issue of appellant's brief is resolved.

Accordingly, the Court **ORDERS** the Honorable Ernest White, Presiding Judge of the 194th Judicial District Court, to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the Honorable Ernest White shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether

appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(*b*). If the Honorable Ernest White cannot obtain appellant's presence at the hearing, the Honorable Ernest White shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the Honorable Ernest White is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the Honorable Ernest White to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court, and to counsel for all parties.

The appeal is **ABATED** to allow the Honorable Ernest White to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

DAVID L. BRIDGES
JUSTICE